**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WILLIAM F. CARADINE/ASSABUR                                         PLAINTIFF
ADC #90785

V.                                     NO: 5:12CV00078 SWW

RECTOR *et al.*                                                    DEFENDANTS


### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 4ᵗʰ day of June 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE